# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 8:09CR22 |
| vs. | ) | |
| | ) | ORDER |
| DARIUS CHRISTIAN, | ) | |
| Defendant. | ) | |

A hearing was held on the defendant's Motion to Disclose Identity of Confidential Informant and Make Available for Interview (Doc. 19). An expedited transcript has been ordered. For the reasons stated on the record,

**IT IS ORDERED** that the motion (Doc. 19) is granted in part, and denied in part, as set out on the record during the hearing.

Pursuant to NECrimR 57.2, a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" within 10 business days after the unredacted transcript is filed.

**DATED May 14, 2009.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge